UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20mj03831 O'Sullivan

UNITED STATES OF AMERICA

vs.

JUNIOR ALBERTO VALENCIA CARABALZ,
JASON ALBERTO ARGUEDAS HERNANDEZ,
DAVID VEGA MORALES, and
GREGORY ALLAN CRAWFORD HARVEY,

        Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: /s/ Peter W. Link
Peter W. Link
Special Assistant United States Attorney
Court ID No: 5502658
99 N.E. 4th Street
Miami, FL 33132
Tel: No. (305) 961-9136
Fax No. (305) 536-4676
E-mail: peter.link@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JUNIOR ALBERTO VALENCIA CARABALZ,<br>JASON ALBERTO ARGUEDAS HERNANDEZ,<br>DAVID VEGA MORALES, and<br>GREGORY ALLAN CRAWFORD HARVEY,<br>*Defendant(s)* | Case No. 20mj03831 O'Sullivan |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __October 4, 2020__, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(G), it is further alleged that this violation involved one-thousand (1,000) or more kilograms of a mixture and substance containing a detectable amount of marihuana. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Lukens, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with Fed.R.Crim.P. 4.1 by FaceTime.

Date: 10/15/2020

_____
*Judge's signature*

City and state: Miami, Florida

Hon. John J. O'Sullivan, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert Lukens, being first duly sworn, do depose and states:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice, and have been so employed since 2002. I am presently assigned to the Miami Field Division where I conduct narcotics distribution and narcotics smuggling investigations. As a special agent with the DEA, I have participated in numerous narcotics investigations involving physical and electronic surveillance; execution of search and arrest warrants; the control and administration of confidential sources; international drug importations; and domestic drug distribution organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers. I also have spoken on numerous occasions with informants, suspects, and experienced narcotics investigators concerning the manner, means, methods, and practices that drug traffickers use to further the operation of their drug trafficking organizations and the most effective methods of investigating and dismantling drug trafficking organizations.

2. This Affidavit is submitted for the limited purposes of establishing probable cause in support of a Criminal Complaint against Junior Alberto Valencia Carabalz ("CARABALZ"), Jason Alberto Arguedas Hernandez ("HERNANDEZ"), David Vega Morales ("MORALES"), and Gregory Allan Crawford Harvey ("HARVEY") for knowingly and willfully conspiring to possess with intent to distribute a controlled substance, to wit, a mixture and substance containing a detectable amount of marijuana, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b). As such, this Affidavit does not contain the details of every aspect of this investigation. Furthermore, this

1

Affidavit is based on my personal knowledge, as well as information obtained from other law enforcement personnel.

**PROBABLE CAUSE**

3. On October 5, 2020, a Marine Patrol Aircraft ("MPA"), while on patrol in the Eastern Pacific, detected a go-fast vessel ("GFV"), approximately 132 nautical miles southeast of Punta Mala, Panama, in international waters and upon the high seas. The MPA crew observed that the GFV had four people on board, a tarp covering the deck, and suspected contraband visible on the deck. The U.S. Coast Guard ("USCG") Cutter THETIS was patrolling nearby and diverted to intercept the GFV. The USCG Cutter THETIS launched its helicopter to assist. The USCG Cutter THETIS also launched their Over-the-Horizon ("OTH") boat, with an embarked law enforcement team. Warning shots across the GFV's bow and disabling fire of the GFV's engines were authorized for the helicopter and OTH crew. Once the helicopter arrived on scene, the GFV came to a stop and all four crew members were seen assisting in the jettison of packages from the GFV.

4. The GFV had four individuals on board who were later identified as CARABALZ, HERNANDEZ, MORALES, and HARVEY, all of which claimed Costa Rican nationality. CARABALZ made a claim of Columbian nationality for the vessel and was treated as the Person-In-Charge. CARABALZ later indicated he was a citizen of Columbia. The United States contacted the Government of Columbia who advised that they could neither confirm nor deny the nationality of the vessel. Based on the Government of Columbia's response, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding was conducted.

5. The USCG located a total of sixty-two (62) packages of suspected contraband. Fourteen (14) of the sixty-two (62) packages were recovered from the jettison field. The remaining

2

packages were found on board the GFV. The combined total weight of the packages is 4,522 pounds (or approximately 2,055 kilograms) of suspected marijuana. Field tests were conducted on the suspected contraband which yielded positive for marijuana. All four individuals, along with the controlled substance, were transferred to the USCG Cutter THETIS.

6. CARABALZ, HERNANDEZ, MORALES, and HARVEY are scheduled to arrive in the Southern District of Florida on Friday, October 16, 2020, where custody of them will be turned over to federal law enforcement officers.

(Space Intentionally Left Blank)

7.  Based on the foregoing facts, I submit that probable cause exists to believe that the defendants, CARABALZ, HERNANDEZ, MORALES, and HARVEY, while on board a vessel subject to the jurisdiction of the United States, did knowingly and willfully conspire to possess with intent to distribute a controlled substance, to wit, a mixture and substance containing a detectable amount of marijuana, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
ROBERT LUKENS
Special Agent
Drug Enforcement Administration


Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 15th day of October, 2020.

_____
THE HONORABLE JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE

4